UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Andrew Plummer,<br><br>PLAINTIFF<br><br>v.<br><br>Warden Tim Riley, IGC Ms. Powe, DHO Glidewell,<br><br>DEFENDANTS | Case No. 2:15-cv-16-TLW-MGB<br><br>**ORDER** |

Plaintiff Andrew Plummer, a state prisoner proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. (ECF No. 1.) The matter now comes before the Court for review of the Report and Recommendation (R&R) filed on February 4, 2016, by United States Magistrate Judge Baker, to whom this case is assigned. (ECF No. 63.) In the R&R, the Magistrate Judge recommends denying Plaintiff's motion for a preliminary injunction in which he seeks an order requiring Defendants to expunge a charge from his prison disciplinary record. (*See* ECF No. 29.) Defendants oppose this motion. (ECF No. 32.) Objections to the R&R were due on February 22, 2016, and no objections were filed. This matter is now ripe for decision.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R. 28 U.S.C. § 636. In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the R&R, the record in this case, and the relevant law. While Plaintiff touched on the factors for an injunction in his one-and-a-half-page motion, his

1

2

asserted basis for preliminary relief is inadequate to grant the motion.  The motion does not meet the standard for relief set forth in *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7 (2008).  For this reason, and the reasons stated by the Magistrate Judge, the R&R is hereby **ACCEPTED**, and Plaintiff's motion for a preliminary injunction is **DENIED**.

    **IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

March 2, 2016
Columbia, South Carolina